AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| RAYMOND DWAYNE LATTIMORE | |
| | Case No.  2:17cr484-WKW-KFP |
| | USM No.  17433-002 |
| | Stephen P. Ganter |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1 through 5  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Shall not Commit Another Federal, State, or Local Crime | 04/15/2023 |
| 2 | Shall not Unlawfully Possess a Controlled Substance | 04/15/2023 |
| 3 | Shall not Commit Another Federal, State, or Local Crime | 04/15/2023 |
| 4 | Shall not Commit Another Federal, State, or Local Crime | 04/15/2023 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0066

Defendant's Year of Birth:  1994

City and State of Defendant's Residence:
Opp, Alabama

Date of Imposition of Judgment: 09/09/2024

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, United States District Judge
Name and Title of Judge

Date: 09/10/2024

DEFENDANT: RAYMOND DWAYNE LATTIMORE
CASE NUMBER: 2:17cr484-WKW-KFP

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Shall not Commit Another Federal, State, or Local Crime | 04/15/2023 |

Judgment — Page 3 of 3

DEFENDANT: RAYMOND DWAYNE LATTIMORE  
CASE NUMBER: 2:17cr484-WKW-KFP

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

18 Mos. with no term of supervised release to follow. The term of supervised release imposed on July 26, 2018 is revoked. This term of imprisonment shall run consecutive to the sentence imposed in the Circuit Court of Covington County, Alabama, Case Number CC23-201.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL